UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-01147 ADS Date: September 1, 2026

Title: *Andrew Demske v. Experian Information Solutions, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 12, 2026, Plaintiff filed a Complaint. (Dkt No. 1.) Defendant Experian's deadline to file a responsive pleading to the Complaint was August 12, 2026. (Dkt. No. 18.) Defendant TransUnion's deadline to file a responsive pleading to the Complaint was August 17, 2026. (Dkt. No. 23.) To date, no responsive pleading has been filed by either Defendant and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **September 8, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default for Defendant's Experian and TransUnion in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh